**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Zina Price, individually and as p/n/g of D.P., a minor | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 2015-cv-02216-WWC |
| | : | |
| Milton Hershey School, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this ___ day of _____, 2016, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint and the submissions in support thereof, as well as Plaintiff's submissions in response thereto, it is hereby ORDERED that Defendants' motion is GRANTED and the complaint is dismissed with prejudice.

SO ORDERED:

_____
William W. Caldwell
UNITED STATES DISTRICT JUDGE