**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Zina Price, individ. & as | : | |
| p/n/g of D.P., a minor | : | |
| 343 S. 4th Street | : | |
| Steeltown, PA 17113 | : | NO.:   15-2216 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Milton Hershey School | : | |
| 112 North Pine Street | : | |
| Middletown, PA 17057 | : | **JURY TRIAL DEMANDED** |
| | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' PRAECIPE FOR VOLUNTARY DISMISSAL**

TO THE CLERK:

Kindly voluntarily dismiss the within action, without prejudice.  FRCP 41.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Zina Price, individ. & as | : | |
| p/n/g of D.P., a minor | : | |
| 343 S. 4th Street | : | |
| Steeltown, PA 17113 | : | NO.:   15-2216 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Milton Hershey School | : | |
| 112 North Pine Street | : | |
| Middletown, PA 17057 | : | **JURY TRIAL DEMANDED** |
| | : | |
| | : | |
| Defendants. | : | |

Zina Price, individ. & as
p/n/g of D.P., a minor
343 S. 4th Street
Steeltown, PA 17113

NO.:   15-2216

Plaintiffs,

v.

Milton Hershey School
112 North Pine Street
Middletown, PA 17057

**JURY TRIAL DEMANDED**

Defendants.

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 6th day of January, 2016, a

true and correct copy of the foregoing Plaintiffs' Praecipe for Voluntary Dismissal was served

via ECF, upon the following parties:

Justin G. Weber, Esquire
Pepper Hamilton, LLP
100 Market Street, Suite 200
Post Office Box 1181
Harrisburg, PA 17108-1181

Thomas B. Schmidt , III, Esquire
Pepper Hamilton, LLP
Suite 200, 100 Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs